**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LADEL B.[1] | ) |
| | ) |
|        **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **Civil No. 3:25-cv-01797-GCS** |
| | ) |
| **COMMISSIONER of SOCIAL** | ) |
| **SECURITY,** | ) |
| | ) |
|        **Defendant.** | ) |

## <u>MEMORANDUM & ORDER</u>

**SISON, Magistrate Judge:**

Pending before the Court is joint motion to award attorney fees and expenses. (Doc. 25). The Court **GRANTS** the motion.

Pursuant to the EAJA, it is hereby ordered that Plaintiff is awarded $2,698.98 for attorney fees and expenses in full satisfaction of any and all claims for attorney fees and expenses that may be payable to Plaintiff in this matter under the EAJA, 28 U.S.C. § 2412. Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *See Astrue v. Ratliff*, 560 U.S. 586 (2010). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, Defendant will direct that the award be made payable

---

[1]     Plaintiff's full name will not be used in this Memorandum & Order due to privacy concerns. *See* FED. R. CIV. PROC. 5.2(c) and the Advisory Committee Notes thereto.

to Cody Marvin pursuant to the EAJA assignment duly signed by Plaintiff. If payment is

mailed, as compared to electronically deposited, it shall be mailed to counsel's address

of record: Marvin & Associates, P.C., 630 Davis Street, Suite 300, Evanston, Illinois 60201.

**IT IS SO ORDERED.**

**DATED: August 7, 2026.**

Gilbert C
Sison

Digitally signed by Gilbert C Sison
Date: 2026.08.07 11:07:56 -05'00'

**GILBERT C. SISON**
**United States Magistrate Judge**